IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPC, LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>  v.<br><br>PAUL JACKSON, SANDRA BURT, and KENNETH BURT<br><br>    Defendants and Counter-claimants,<br><br>  v.<br><br>BANK OF AMERICA, OCWEN MORTGAGE CORPORATION, QUALITY LOAN SERVICE, and BANK OF AMERICA f/k/a PRLAP, INC.,<br><br>    Counter-defendants. | No. C 12-03836 WHA<br><br>**ORDER TO SHOW CAUSE** |

    DAPC, LLC filed an unlawful detainer action against Paul Jackson, and Does 1-10, in Contra Costa County Superior Court. On July 23, 2012, pro se defendants Sandra and Kenneth Burt filed a notice of removal with this Court. The Burts then filed a cross-complaint against Bank of America, Bank of America f/k/a PRLAP, Inc., Ocwen Mortgage Corporation, Quality Loan Service, and DAPC, LLC. On September 14, counter-defendant Ocwen Loan Servicing, LLC (erroneously sued as Ocwen Mortgage Corporation) filed a motion to dismiss the cross-complaint. Pursuant to Civil Local Rule 7-3, counterclaimants Sandra and Kenneth Burts' opposition or statement of non-opposition thereto was due by September 28. None was received. Counterclaimants Sandra and Kenneth Burt are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Counterclaimants must file a written

response to this order by **NOON ON OCTOBER 12, 2012.** If no response is filed, Ocwen's motion to dismiss the cross-complaint may be granted. The hearing set for October 25, 2012 is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 3, 2012.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE