IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPC, LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>  v.<br><br>PAUL JACKSON, SANDRA BURT, and KENNETH BURT<br><br>    Defendants and Counter-claimants,<br><br>  v.<br><br>BANK OF AMERICA, OCWEN MORTGAGE CORPORATION, QUALITY LOAN SERVICE, and BANK OF AMERICA f/k/a PRLAP, INC.,<br><br>    Counter-defendants.<br>_____/ | No. C 12-03836 WHA<br><br>**SECOND ORDER TO SHOW CAUSE** |

DAPC, LLC filed an unlawful detainer action against Paul Jackson, and Does 1-10, in Contra Costa County Superior Court. On July 23, 2012, pro se defendants Sandra and Kenneth Burt filed a notice of removal with this Court. The Burts then filed a cross-complaint against Bank of America, Bank of America f/k/a PRLAP, Inc., Ocwen Mortgage Corporation, Quality Loan Service, and DAPC, LLC. On September 14, counter-defendant Ocwen Loan Servicing, LLC (erroneously sued as Ocwen Mortgage Corporation) filed a motion to dismiss the cross-complaint. No opposition or statement of non-opposition thereto was received from counterclaimants Sandra and Kenneth Burt. By order dated October 3, counterclaimants were ordered to show cause why the action should not be dismissed for failure to prosecute. The response was due by noon on by October 12. No response has been received.

Counterclaimants Sandra and Kenneth Burt are **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Counterclaimants must file a written response to this order by **NOON ON OCTOBER 26, 2012.** If no response is filed, Ocwen's motion to dismiss the cross-complaint may be granted.

**IT IS SO ORDERED.**

Dated: October 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE