**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   DAPC, LLC,

11        Plaintiff and Counter-Defendant,
                                                    No. C 12-03836 WHA
12     v.

13   PAUL JACKSON, SANDRA BURT, and
     KENNETH BURT.
14
          Defendants, Counterclaimants, and        **ORDER TO SHOW CAUSE**
15        Third-Party Plaintiffs,                  **RE FAILURE TO APPEAR**

16     v.

17   BANK OF AMERICA, OCWEN MORTGAGE
     CORPORATION, QUALITY LOAN SERVICE,
18   and BANK OF AMERICA f/k/a PRLAP, INC.,

19        Third-Party Defendants.
                                              /
20

21        A case management conference was set for November 8, 2012, at 11:00 a.m.  No one

22   appeared.  Therefore, plaintiff DAPC, LLC, defendants Paul Jackson, Sandra Burt and Kenneth

23   Burt, and all counter-defendants who have been served are **HEREBY ORDERED TO APPEAR** on

24   **NOVEMBER 29, 2012, AT 11:00 A.M.**, in Courtroom No. 8, United States District Court, at

25   450 Golden Gate Avenue, San Francisco, California  94102, and **TO SHOW CAUSE** why they

26   should not be sanctioned for failing to attend the duly-noticed case management or dismissed

27   for lack of prosecution.  The parties shall serve and file a sworn detailed declaration regarding

28   their failure to appear by **NOON ON NOVEMBER 21, 2012**.

Defendants are ordered to serve a copy of this order on all counter-defendants.

**IT IS SO ORDERED.**

Dated:  November 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28