**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPC, LLC,

    Plaintiff and Counter-Defendant,

v.

PAUL JACKSON, SANDRA BURT, and KENNETH BURT.

    Defendants, Counterclaimants, and Third-Party Plaintiffs,

v.

BANK OF AMERICA, OCWEN MORTGAGE CORPORATION, QUALITY LOAN SERVICE, and BANK OF AMERICA f/k/a PRLAP, INC.,

    Third-Party Defendants.

/

No. C 12-03836 WHA

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR**

    A case management conference was set for November 8, 2012, at 11:00 a.m. No one appeared. Therefore, plaintiff DAPC, LLC, defendants Paul Jackson, Sandra Burt and Kenneth Burt, and all counter-defendants who have been served are **HEREBY ORDERED TO APPEAR** on **NOVEMBER 29, 2012, AT 11:00 A.M.**, in Courtroom No. 8, United States District Court, at 450 Golden Gate Avenue, San Francisco, California 94102, and **TO SHOW CAUSE** why they should not be sanctioned for failing to attend the duly-noticed case management or dismissed for lack of prosecution. The parties shall serve and file a sworn detailed declaration regarding their failure to appear by **NOON ON NOVEMBER 21, 2012**.

Defendants are ordered to serve a copy of this order on all counter-defendants.

**IT IS SO ORDERED.**

Dated: November 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE