IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAPC, LLC, | |
|     Plaintiff and Counter-Defendant, | No. C 12-03836 WHA |
|     v. | |
| PAUL JACKSON, SANDRA BURT, and KENNETH BURT. | |
|     Defendants, Counterclaimants, and Third-Party Plaintiffs, | **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |
|     v. | |
| BANK OF AMERICA, OCWEN MORTGAGE CORPORATION, QUALITY LOAN SERVICE, and BANK OF AMERICA f/k/a PRLAP, INC., | |
|     Third-Party Defendants. | |

A case management conference in this action was set for November 8, 2012, at 11:00 a.m. No one appeared. Plaintiff DAPC, LLC, defendants Paul Jackson, Sandra Burt and Kenneth Burt, and all counter-defendants who had been served were ordered to appear on November 29, 2012, to show cause why they should not be sanctioned for failing to attend the duly-noticed case management conference or why the action should not be dismissed for lack of prosecution. Additionally, the order to show cause required the parties to serve and file a sworn, detailed declaration regarding their failure to appear, due by November 21. No response was received.

The order to show cause hearing was set for November 29, 2012, at 3:00 p.m. The case was called at 3:20 p.m. No one appeared for any party.

The order to show cause was returned from defendants' address as undeliverable mail. On November 29, 2012, chambers staff called defendants' number, as listed on the docket, and left a message on the answering service of Sandra Burt notifying her that she was required to update her contact information. No response has been received from Sandra Burt or any of the other defendants.

For the reasons stated above, including the parties' repeated failure to appear for scheduled hearings, the action is hereby **DISMISSED FOR FAILURE TO PROSECUTE**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2